UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:18-cr-469-T-17CPT

BIANCA ACOSTA

**PRELIMINARY ORDER OF FORFEITURE FOR SPECIFIC ASSETS**

The defendant pleaded guilty to conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and the Court adjudged her guilty of this offense.

The United States moves, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a preliminary order of forfeiture for the following assets:

    a.    $1,174.00 in U.S. Currency;

    b.    Apple iPhone 7 Plus Black Serial #F2LV73DNHFYF;

    c.    Apple iPhone 7 Plus Black Serial #C39V40PYHFYF;

    d.    Apple iPhone 7 Plus Red Serial #F2V20G2HX9K;

    e.    Apple iPhone 7 Plus Black Serial #F2LSYAQFHFYK;

    f.    Apple iPhone 7 Plus Black Serial #F2LSYKSZHFYK;

    g.    Apple iPhone 7 Plus Red Serial #F2LV50Q4HX9K;

    h.    Apple iPhone 7 Plus Gold Serial #F2LV6065HFYH;

i. Apple iPhone 7 Plus Gold Serial #F2LV10CGHFYJ;

j. Apple iPhone 7 Plus Gold Serial #F2LV50K4HFYJ;

k. Apple iPhone 7 Plus Gold Serial #C39TK05YHFYH;

l. Apple iPhone 7 Plus Gold Serial #F2V500GHFYH;

m. Apple iPhone 7 Plus Black Serial #F2LSYL21HFYK;

n. Apple iPhone 7 Plus Black Serial #F2LSX5ASHFYK;

o. Apple iPhone 7 Plus Black Serial #F2LSDYEHFYK;

p. Apple iPhone 7 Plus Gold Serial #F2LTWOASHFYJ; and

q. Apple iPhone 7 Plus Gold Serial #F2LV2E7HHFYC.

Being fully advised of the relevant facts, the Court finds that the defendant pleaded guilty to conspiracy to commit wire fraud, and the assets identified above constitute proceeds of the offense and are forfeitable under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the assets identified above are FORFEITED to the United States

CASE NO. 8:18-CR-469-T-17CPT

of America for disposition according to law, subject to the provisions of 21

U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

DONE and ORDERED in Tampa, Florida, this 25th day of January, 2019.

*[signature]*

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE