UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 8:18-cr-469-T-17CPT

BIANCA ACOSTA

## FINAL ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following assets:

    a.    $1,174.00 in U.S. Currency;

    b.    Apple iPhone 7 Plus Black Serial #F2LV73DNHFYF;

    c.    Apple iPhone 7 Plus Black Serial #C39V40PYHFYF;

    d.    Apple iPhone 7 Plus Red Serial #F2LV20G2HX9K;

    e.    Apple iPhone 7 Plus Black Serial #F2LSYAQFHFYK;

    f.    Apple iPhone 7 Plus Black Serial #F2LSYKSZHFYK;

    g.    Apple iPhone 7 Plus Red Serial #F2LV50Q4HX9K;

    h.    Apple iPhone 7 Plus Gold Serial #F2LV6065HFYH;

    i.    Apple iPhone 7 Plus Gold Serial #F2LV10CGHFYJ;

    j.    Apple iPhone 7 Plus Gold Serial #F2LV50K4HFYJ;

    k.    Apple iPhone 7 Plus Gold Serial #C39TK05YHFYH;

l.  Apple iPhone 7 Plus Gold Serial #F2V500GHFYH;

m.  Apple iPhone 7 Plus Black Serial #F2LSYL21HFYK;

n.  Apple iPhone 7 Plus Black Serial #F2LSX5ASHFYK;

o.  Apple iPhone 7 Plus Black Serial #F2LSDYEHFYK;

p.  Apple iPhone 7 Plus Gold Serial #F2LTWOASHFYJ; and

q.  Apple iPhone 7 Plus Gold Serial #F2LV2E7HHFYC.

On January 25, 2019, the Court entered a Preliminary Order of Forfeiture for the assets described above, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  Doc. 25.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from February 12, 2019 through March 13, 2019.  Doc. 29.  The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.  No third party has filed a

CASE NO. 8:18-CR-469-T-17CPT

petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 11th day of JUNE, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE